# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ALLEN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.<br><br>    Defendant. | Case No. 22-cv-1368-BAS-JLB<br><br>**ORDER GRANTING THIRD JOINT MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(ECF No. 17)** |

Before the Court is the parties' third joint request for an extension of Defendant's deadline to respond to the Complaint (ECF No. 1). (Third Joint Mot., ECF No. 17.) Initially, Defendant's deadline to respond to the Complaint was October 4, 2022; after jointly moving for a 30-day extension, the Court pushed that deadline back to November 3, 2022 based on the parties' attestations that an extension would promote the prospect of out-of-court resolution. (ECF Nos. 10, 12.) The parties sought and obtained a second 30-day extension, citing the same justifications for holding in abeyance Defendant's deadline to respond as before. (ECF Nos. 14, 15.)

Now the parties seek a third extension, this time for 45 days. (Third Joint Mot.) They aver negotiations for an out-of-court resolution of this instant action "remai[n] active and ongoing," but additional time is needed to "continue exploring the possibility of an

early resolution of this case." (*Id.* ¶ 4.)  Having reviewed the parties' submission, the Court finds that good cause supports the proposed extension.  Accordingly, the Third Joint Motion is **GRANTED,** and Defendant is **ORDERED** to respond to the Complaint **by no later than January 19, 2023**.

However, the Court cautions the parties it will not grant further requests to extend based upon the boilerplate assertion repeatedly provided by the parties that they still are engaged in "ongoing discussions and negotiations towards a potential resolution." (*See, e.g.*, Third Joint Mot. ¶ 5.)  A more particularized showing of good cause will be required should the parties move for yet another extension of time.

**IT IS SO ORDERED.**

**DATED: December 1, 2022**

Hon. Cynthia Bashant
United States District Judge