| | |
|---|---|
| Joshua B. Swigart (SBN 225557) | Daniel G. Shay (SBN 250548) |
| Josh@SwigartLawGroup.com | DanielShay@TCPAFDCPA.com |
| Spencer L. Pfeiff (SBN 343305) | **LAW OFFICE OF DANIEL G. SHAY** |
| Spencer@SwigartLawGroup.com | 2221 Camino del Rio S, Ste 308 |
| **SWIGART LAW GROUP, APC** | San Diego, CA 92108 |
| 2221 Camino del Rio S, Ste 308 | P: 619-222-7429 |
| San Diego, CA 92108 | F: 866-431-3292 |
| P: 866-219-3343 | |
| F: 866-219-8344 | |

*Attorneys for Plaintiff
and the Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH ALLEN, *et al.*, | ) CASE No: 3:22-cv-01368-BAS-JLB |
| | ) |
| Plaintiffs, | ) PLAINTIFFS' UNILATERAL |
| vs. | ) MOTION FOR DISMISSAL OF |
| | ) PLAINTIFF'S INDIVIDUAL CLAIMS |
| | ) AND WITHOUT PREJUDICE AS TO |
| BANK OF AMERICA, N.A., | ) THE PUTATIVE CLASS PURSUANT |
| | ) TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| Defendant. | ) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Leah Allen, Ryan Childers, and Jennifer Meza dismiss their individual claims WITHOUT prejudice and dismisses the claims of the putative class WITHOUT prejudice.

Respectfully submitted,

Date: December 15, 2022

SWIGART LAW GROUP, APC

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff